Document saved to the K:/ Drive in PDF format on 10/12/06 by DW

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil action No. 06-CV-00674-MSK-MJW

**James D. Faughn,**

    Plaintiff,

v.

**American National Property and Casualty Company, a Missouri corporation,**

    Defendant.

---

### ORDER PERMITTING AMENDMENT OF COMPLAINT
( Docket No. 11 )

---

THE COURT having considered the Plaintiff's Unopposed Motion To Amend Complaint, and being sufficiently advised in the premises, enters the following order: (*)

THE COURT ORDERS Plaintiff's First Amended Complaint ~~is accepted for filing~~ shall be refiled with the Court forthwith so it can be given a new Docket number.

DATED: October 12, 2006

(*) The Court orders that Plaintiff's Unopposed Motion to Amend Complaint is granted.

_____
United States District Magistrate Judge
Michael J. Watanabe