IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00674-MSK-MJW

JAMES D. FAUGHN,
d/b/a JAMES D. FAUGHN INSURANCE AGENCY & FINANCIAL SERVICES,

Plaintiff(s),

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 22) is GRANTED.  The written Stipulation and Protective Order is APPROVED and made an Order of Court.

Date:  November 1, 2006