**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: June 15, 2007 |
| Court Reporter: Paul Zuckerman | |

Civil Action No. 06-cv-00674-MSK-MJW

*Parties*:  *Counsel Appearing:*

JAMES D. FAUGHN,  Richard Schroeder

      Plaintiff,

v.

AMERICAN NATIONAL PROPERTY AND CASUALTY  John Paddock, Jr.
COMPANY,  Robert Carney

      Defendant.

## COURTROOM MINUTES

HEARING:    Final Pretrial Conference.

**4:00 p.m.    Court in session.**

All parties are present with client and/or client representative.

**ORDER:**    Defendant's Motion for Summary Judgment **(Doc. #31)** is **DENIED.** The briefs filed may be relied upon for Rule 50 motions at the time of trial.

The Court addresses the time needed for trial.

**ORDER:**    Jury trial is reset (5 days) to **September 24, 2007 at 1:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, Colorado.

Review of the proposed final pretrial order - matters addressed:

        Claims
        Defenses
        Stipulated Facts
        Witness List
        Exhibit List
        Anticipated motions

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

        Trial length, trial process, technology training, and any questions posed by counsel.

**ORDER:** Pertinent to trial process: Opening statements will be 15 minutes; closing arguments will be 30 minutes. Time for presentation will be split equally between the parties and will be tracked on the chess clock by the Courtroom Deputy.

**ORDER**: Revised final pretrial order will be submitted by **July 2, 2007**.

**ORDER:** Proposed Jury instructions and proposed voir dire will be filed by **July 2, 2007.**

**ORDER:** Revised witness and exhibit lists will be filed by **July 2, 2007**.

**ORDER:** Sequestration order is entered upon request.

No objection to the jurors taking notes.

**4:57 p.m.**    **Court in recess.**

**Total Time:   57 minutes.**
**Hearing concluded.**